# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN MARQUETTE GIPSON,
                               Appellant,
            vs.
THE STATE OF NEVADA,
                               Respondent.

No. 85086

FILED

AUG 12 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

On July 25, 2022, appellant filed notices of appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. However, the district court has not made a decision on appellant's petition at the time of the filing of the notices of appeal. Thus, the notices of appeal are premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. Monica Trujillo, District Judge
Kevin Marquette Gipson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk